The People of the State of New York, Respondent, v. Adam Cook, Appellant.— Order reversed and certificate granted. (See decision in *People* v. *Butts, ante*, p. 226, decided herewith.) Jenks, Hooker, Gaynor and Miller, JJ., concurred; Rich, J., taking no part.

The People of the State of New York, Respondent, v. William F. Eckett, Appellant.— Order reversed and certificate granted. (See decision in *People* v. *Butts, ante*, p. 226, decided herewith.) Jenks, Hooker, Gaynor and Miller, JJ., concurred; Rich, J., taking no part.

Eugene W. Richardson, Appellant, v. John Maguire and Henry Maguire, Individually and as Executors, etc., Respondents.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

William Robinson, Appellant, v. Union Railway Company of New York City, Respondent.— Reargument ordered and case set down for Wednesday, October 2, 1907.

Samuel Rosen, Respondent, v. Joe Hirshhorn, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Townsend Scudder, Respondent, v. Charles F. Lewis, Appellant, Impleaded with John C. Kennahan and Others.— Interlocutory judgment affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Henry Vollweiler, Respondent, v. P. Davis Bickford, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Henry Vollweiler, Respondent, v. Albert J. Lamb, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Anna Von Dwinglo, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Louis Von Dwinglo, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Cyrus V. Washburn and George W. Sickels, Appellants, v. Baltie M. Carlile, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Verene Trott, as Executrix, etc., of William Trott, Deceased, Respondent, v. Valentine Schmitt, Appellant.— Motion to resettle order denied, with costs. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Gardiner Van Nostrand, etc., and Others, Respondents, v. Frances Stanton Van Nostrand and Others, Respondents, and Anabel Gardiner Van Nostrand, Appellant.— Motion to dismiss appeal granted. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.